IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAXTER HEALTHCARE CORP., BAXTER INTERNATIONAL INC., BAXTER HEALTHCARE S.A., GAMBRO LUNDIA AB, and GAMBRO UF SOLUTIONS, INC., <br><br> Plaintiffs, <br> v. <br><br> B. BRAUN MEDICAL INC., and B. BRAUN AVITUM AG. <br><br> Defendants. | CIVIL ACTION <br> No. 20-5659 |

## ORDER

**AND NOW**, this 12th day of September, 2022, after review of Defendants' Motions to Dismiss, having held oral argument, and having received oppositions, it is hereby **ORDERED** that Defendants' Motions to Dismiss are **GRANTED** for the reasons set forth in the accompanying Memorandum Opinion. The case is dismissed with leave for plaintiffs to file an Amended Complaint in accordance with the Memorandum Opinion within sixty (60) days.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**